UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| RONNIE LASHEA ROBERTSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:24-cv-02306-SHM-tmp |
| | ) | |
| WELLPATH CARE, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

On May 9, 2024, Plaintiff Ronnie Lashea Robertson, also known as Lashea Williams, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983. (ECF No. 1.) When Robertson filed the complaint, he was confined at the Shelby County Division of Corrections in Memphis, Tennessee. (ECF No. 1 at PageID 2.)

On May 10, 2024, the Court directed Robertson to file a completed *in forma pauperis* affidavit and a trust fund account statement or pay the four hound and five dollar ($405.00) civil filing fee pursuant to the Prison Litigation Reform Act, 28 U.S.C. §§ 1915, et seq. (the "PLRA") within 30 days of the order. (ECF No. 3 at PageID 8.) The Court warned "if Plaintiff fails to comply with this order in a timely manner, the Court will deny leave to proceed *in forma pauperis*, assess the entire filing fee of $405 from his inmate trust account without regard to the installment payment procedures, and dismiss the action without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.*)

Robertson's mail was returned to the Court on July 17, 2024, and July 19, 2024, as undeliverable. (ECF Nos. 4 & 5.) The envelopes were stamped "RETURN TO SENDER

INMATE DISCHARGED" followed by the date "5/7/24."  (ECF No. 4-1; *see* ECF No. 5 at PageID 19.)

Robertson has not complied with the Court's May 10, 2024 order or filed other documents in this case.  Robertson has not provided a change of address.

The most basic responsibility of a litigant is to keep the Court advised of his whereabouts.  It appears Plaintiff has abandoned this action.  Accordingly, this case is hereby DISMISSED without prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to comply with the Court's order.

It is also CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3) and Federal Rule of Appellate Procedure 24(a), that any appeal in this matter by Plaintiff would not be taken in good faith.  Leave to proceed on appeal *in forma pauperis* is, therefore, DENIED.

IT IS SO ORDERED this 6th day of August, 2024.

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE