```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION


RONNIE LASHEA ROBERTSON,              )
                                      )
     Plaintiff,                       )
                                      )
vs.                                   )   No. 24-cv-02306-SHM-tmp
                                      )
WELLPATH CARE, ET AL.,                )
                                      )
     Defendants.                      )
```

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order (ECF No. 6), docketed August 6, 2023, dismissing the case without prejudice.  Any appeal in this matter by Movant proceeding in forma pauperis is not taken in good faith.

# APPROVED:

*/s/ Samuel H. Mays, Jr.*
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

| *August 6, 2024* | WENDRY R. OLIVER |
|---|---|
| DATE | CLERK |

                                             */s/  Jairo Mendez*
                                             (By) DEPUTY CLERK